(67 Hun, 651.)

McCARTHY et al., Respondents, v. VREELAND, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by David K. McCarthy, Dennis McCarthy, and Thomas Emory against Oliver S. Vreeland.

No opinion. Order reversed, with $10 costs and disbursements; and motion granted, with $10 costs to abide the event.

---

(67 Hun, 650.)

PARKS, Appellant, v. ANDREWS et al., Respondents.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Horace Parks, as surviving administrator of J. Lee Tinker, deceased, against Clarence Andrews, individually, and as administrator of Josiah Andrews, deceased, and others.

No opinion. Judgment and order reversed, and a new trial ordered, with costs to abide the event: Held: (1) That the exceptions taken to the admission of the evidence of Grant Andrews and May Potter as to the declarations of their father present error. See Holcomb v. Holcomb, 95 N. Y. 316; In re Eysaman, 113 N. Y. 62, 20 N. E. Rep. 613; In re Dunham, 121 N. Y. 575, 24 N. E. Rep. 932. (2) After excluding such evidence the verdict and decision are against the weight of evidence. See 10 N. Y. Supp. 344.

---

(67 Hun, 651.)

PEOPLE, Appellant, v. MASON, Respondent.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

No opinion. Judgment reversed upon the exceptions, and a new trial ordered, with costs to abide the event. Held, that the action was properly brought. See chapter 507, Laws 1888.

---

(67 Hun, 651.)

PEOPLE, Respondent, v. STOUGHTENBURGH, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

No opinion. Appeal dismissed. People v. Havens, 3 N. Y. Crim. R. 286, followed.

---

(67 Hun, 650.)

PEOPLE ex rel. SYRACUSE PRESSED–BRICK CO., Respondent, v. BAKER, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Proceeding by the people, on the relation of the Syracuse Pressed-Brick Company, against Charles H. Baker.

No opinion. Order affirmed, with $10 costs and disbursements.

---

(67 Hun, 650.)

PEOPLE ex rel. SYRACUSE PRESSED–BRICK CO., Respondent, v. DUFFUS, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Proceeding by the people, on the relation of the Syracuse Pressed-Brick Company, against William Duffus.

No opinion. Order affirmed, with $10 costs and disbursements.